UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


CONRAD PAUL GOLDING,

    *Petitioner,*

v.                         Case No.: 3:26-cv-1520-JEP-SJH

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

    *Respondents.*

_____/

## **ORDER**

Petitioner, a detainee of the United States Immigration and Customs Enforcement, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 on June 10, 2026. (Doc. 1). Petitioner alleges that he was granted asylum and/or a stay of removal in 2022, and he contends that he is being "wrongly detain[ed]." (*Id.* at 6).

A writ of habeas corpus may extend to an individual who "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Here, Petitioner has not alleged sufficient facts to establish his entitlement to relief. Indeed, he does not claim Respondents violated a particular constitutional right, and his allegations are conclusory in nature and devoid of sufficient facts that would allow the Court to draw reasonable

inferences that Respondents violated his constitutional or statutory rights. Petitioner carries the burden of clearly identifying his claims. Because he fails to carry that burden, it is **ORDERED**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to terminate any motions as moot, enter judgment dismissing the petition without prejudice, and close the file.

3. The Clerk is further **DIRECTED** to send Petitioner a blank § 2241 habeas petition form. Petitioner should use the form if he decides to initiate a new case in this Court. He should not put this case number on the form, because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida on July 15, 2026.

 

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
Conrad Paul Golding

2